UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 11-CIV-23716-Ungaro

RUSSELL KROBOTH,
Plaintiff,

v.

YAK AMERICA, INC., a
Florida corporation,

PROFITEC, INC., a Connecticut
Corporation,

CIPHERNETWORKS INC., a
Canadian corporation,

easyDNS Technologies, a
Canadian corporation,

and

CHARLES ZWEBNER,
Individually,

Defendants.
_____/

**DECLARATION OF KELLEY S. ROARK IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT
AGAINST DEFENDANT EASY DNS**

I, Kelley S. Roark, declare and state as follows:

1. I am an attorney for Plaintiff, Russell Kroboth, ("Kroboth") in the above captioned action. I am duly authorized and licensed to practice law before all courts in the State of Florida, the Southern District of Florida, the Eleventh Circuit Court of Appeals, and the Supreme Court of Florida. Federal Circuit Court of Appeals. I submit this declaration in support of Plaintiff's Motion for

Entry of Final Default Judgment. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

### INVESTIGATION OF DEFENDANT

2. Prior to filing this Declaration, I accessed the Internet website operating under the Subject Domain Name **spottalk.net**, and learned Defendant Yak was continuing to advertise and offer for sale telecommunications products under the name "Spottalk" and the slogan "Talk on the Spot."

3. I also did a search under the name "Spottalk," and learned that of the top six search results that appear under that name, four of these results were for **spottalk.net**, and one was for **spottalk.com**. I attach a copy of the search page results as Exhibit 1.

4. I also obtained the available WHOIS registration data for the Subject Domain Name **spottalk.net**. True and correct copies of the WHOIS registration data records regarding the Subject Domain Name is attached to my Declaration in Support of Plaintiff's Motion for Entry of Default Judgment against easyDNS Technologies as Exhibit 2.

### ENTRY OF FINAL DEFAULT JUDGMENT

5. On October 13, 2011, Plaintiff filed the Complaint in this action against Defendant. (DE 1.)

6. More than 21 days have elapsed since the date on which service of the Summons and Complaint was effective.

7. Defendant has not been granted any extension of time to respond to the Complaint.

8. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of the answer or other response upon Plaintiff's attorneys of record.

9. I am informed and believe that Defendant is a corporate entity and not an infant or an incompetent, nor in the military service and therefore not subject to the Soldiers' and Sailors' Civil Relief Act of 1940.

**REQUEST FOR COSTS**

10. I am the attorney under whose direction the costs were incurred in the investigation and prosecution of this action.
11. I am informed and believe that $350.00 in costs were necessarily incurred for the filing of this action.
12. I am informed and believe that $200.00 in costs were necessarily incurred in this matter for service of process on Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed the 15th day of June, 2012, at Miami, Florida.

_____
Kelley S. Roark

# EXHIBIT 1

AskEraser  Settings

spottalk    [Search]

Web   Images   Videos

**Web**

**Images**

**Videos**

**Something Different**

**Spot Talk**

Did you mean: *spot talk*

Sponsored Results

**Talk Spots | Exava.com**
Looking for Talk Spots? Compare Prices Here and Save!
www.exava.com/

Web Results

**Welcome to Spot Talk**
SpotTalk.net offers great long distance service, cellular phone international calls, cheap calling cards, best international calling rates.
www.spottalk.net/

**use policy - Spot Talk**
USE AND INTERNET POLICY. ACCEPTABLE USE AND INTERNET POLICY To assist Spot Talk in protecting the usefulness and enjoyment of the Internet for its ...
www.spottalk.net/ca/usepolicy.aspx

**SpotTalk**
SpotTalk is a real-time, full featured, online chat app for your internet browser or mobile phone, that allows you to chat in real-time with your friends, family, ...
www.spottalk.com/

**My Account - Spot Talk**
My Account. You can manage your account online Add e-billing, Pay Your Bill and Set Up Auto-Payment with a Credit Card and more. Most Frequently Used " My ...
www.spottalk.net/Account.aspx

**NTV On the Spot Talk Show with Kagame - YouTube**

Mar 8, 2012 ... On the Spot, NTV hosts Rwandan President Paul Kagame in a special edition. Kagame speaks on succession, poverty and his vision for the ...
www.youtube.com/watch?v=BQBehnupQ4g

**Contact us - Spot Talk**
Contact us. By e-mail. support@spottalk.net. By Phone. 1-877-532-8263. Our customer service department is here to serve you Monday thru Friday between the ...
www.spottalk.net/Contact.aspx

**See Spot talk on a cell phone | News Blogs - CNET News**
Feb 8, 2005 ... Afraid your pooch feels lonely when you're away? Worry no more. A company named PetsMobility has created a mobile phone that our ...
news.cnet.com/8301-10784_3-5568316-7.html

**Sun Spot Talk**
Feb 28, 2009 ... This is the presentation I used to give a talk on Sun SPOTs at the Technical Seminar, RNSIT, Bangalore, INDIA. 28/02/2009.
www.slideshare.net/vittalp88/sun-spot-talk-1082990

**Spot Talk - Better Business Bureau**
BBB's Business Review for Spot Talk, Business Reviews and Ratings for Spot Talk in Miami Beach, FL.
www.bbb.org/south-east-florida/business-reviews/online-networking/spot-talk-in-miami-beach-fl-92019628

**Paul - TV Spot: "Talk Back" - YouTube**

Mar 7, 2011 ... http://whatispaul.com. Simon Pegg and Nick Frost (Hot Fuzz, Shaun of the Dead) reunite for the comedy adventure Paul as two sci-fi geeks ...
www.youtube.com/watch?v=f7Pn1fFErQQ

Sponsored Results

**Talk Spots | Exava.com**

Search History

spottalk
whois registration
whois registration for spott
filing fee for federal court s
district of florida
MOTION FOR DEFAULT
southern district florida tra
MOTION FOR DEFAULT
FEDERAL COURT souther
florida
MOTION FOR DEFAULT
FEDERAL COURT souther
MOTION FOR DEFAULT
FEDERAL COURT FLORI
SOUTHERN

Show more »

CIVIL ACTION NO. 11-CIV-23716-Ungaro

# EXHIBIT 2

Network Solutions >> Whois >> Results
Log In



- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

**WHOIS Results for spottalk.net**

Available domain names similar to spottalk.net

Available Extensions

- **spottalk**.tel
- **spottalk**.us
- **spottalk**.eu
- **spottalk**.mobi

Available Domains

- miamizonechat.com
- miamiplacechat.com
- miamispotspeech.com
- miamiplacespeech.com

Premium Resale Domains

| | |
|---|---|
| talkingspot.com | $1,200 |
| talkpoint.net | $1,088 |
| spotcopper.com | $9,995 |
| mydogspot.net | $388 |
| **spottalk**.co.uk | |
| **spottalk**.pro | |
| **spottalk**.de | |
| **spottalk**.im | |
| **spottalk**.co | |
| **spottalk**.asia | |
| spot-talk.com | |
| zone-talk.com | |
| spot-chat.com | |
| **spottalk**biz.com | |
| spotspeech.com | |

- place-talk.com
- spotlighttalk.com   **$1,995**
- talkingthetalk.com   **$955**
- spotplatinum.com   **$5,995**

View more

[Add Selected to Cart]

spottalk.net

Is this your domain name? Renew it now.



**Current Registrar:** EASYDNS TECHNOLOGIES, INC.
**IP Address:** 66.246.139.202 (ARIN & RIPE IP search)
**Lock Status:** clientTransferProhibited

```
Registrant:
 Ciphernetworks Inc.
 4950 Yonge Street Suite 900
 North York, Ontario M2N 6K1
 CA

 Domain name: SPOTTALK.NET

 Administrative Contact:
    Adjei, Andrew   aadjei@spottalk.net
    4950 Yonge Street Suite 900
    North York, Ontario M2N 6K1
    CA
    +1.4162299333   Fax: 4162294359

 Technical Contact:
    Hostmaster, easyDNS  hostmaster@easydns.com
    304A-219 Dufferin Street
    Toronto, Ontario M6K 3E3
    CA
    +1.4165358672


 Registrar of Record: easyDNS Technologies, Inc.
 Record last updated on 29-Feb-2012.
 Record expires on 19-Jun-2012.
 Record created on 19-Jun-2008.

 Registrar Domain Name Help Center:
 http://helpwiki.easydns.com
```

```
Domain servers in listed order:
    NS1.EASYDNS.COM
    NS6.EASYDNS.NET
    REMOTE2.EASYDNS.COM
    NS3.EASYDNS.ORG
    NS2.EASYDNS.COM
    REMOTE1.EASYDNS.COM


Domain status: clientTransferProhibited
               clientUpdateProhibited

This domain is being managed via EASYDNS

The DNS Hosting specialists since 1998

DNS Hosting / Dynamic DNS / Failover DNS / DNS Anycast

Unconditional Guarantee, No tricks, No gimmicks: http://easyDNS.com

System Status Updates: http://easyurl.net/easystatus

( Follow us on Twitter http://twitter.com/easydns
  or Identi.ca http://identi.ca/easyDNS )


You have 99 lookups left today
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again

Search again here...

Search by either

- ◉ Domain Name e.g. networksolutions.com
- ○ IP Address e.g. 205.178.187.13





**GOING ONCE, GOING TWICE, SOLD!**

Domain name you want *expiring soon?*

Bid now, it could be yours.

Backorder domain names with *NameJet®* – the premiere auction platform for expired domains.

LEARN MORE

*NameJet*



Processing...