UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CIVIL ACTION NO. 11-CIV-23716-Ungaro**

RUSSELL KROBOTH,
 Plaintiff,

 v.

YAK AMERICA, INC., a
Florida corporation,

PROFITEC, INC., a Connecticut
Corporation,

CIPHERNETWORKS INC., a
Canadian corporation,

easyDNS Technologies, a
Canadian corporation,

and

CHARLES ZWEBNER,
Individually,

 Defendants.
 _____/

### JOINT MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT
### WITH YAK AMERICA, INC., PROFITEC, INC., and CHARLES ZWEBNER

Plaintiff, RUSSELL KROBOTH (KROBOTH), by and through undersigned counsel, and together with Defendants YAK AMERICA, INC. (YAK), PROFITEC, INC. (PROFITEC), and CHARLES ZWEBNER (ZWEBNER), as represented by the undersigned counsel, and pursuant to Rule 41(1)(A)(i) of the Federal Rules of Civil Procedure, files this Motion for Approval of Stipulation of Settlement and in support thereof states as follows:

CIVIL ACTION NO. 11-CIV-23716-Ungaro

**BACKGROUND FACTS**

1. KROBOTH began using the mark, "Spottalk" in March 22, 2002 through his website spotttalk.com, and owns the U.S. Trademark Registration No. 3744134 for the mark SPOTTALK, in classes 38 and 42, for telecommunications services.

2. Yak America, Inc. et al began using the spottalk mark no earlier than January 2009, when Yak established the spottalk.net site to sell telecommunications products nationally.

3. KROBOTH sent cease and desist letters to YAK on March 14, 2009, March 20, 2009, June 1, 2009, and August 19, 2011, and filed a trademark infringement lawsuit in North Carolina which was dismissed on jurisdictional grounds, with no response from Defendant YAK.

4. KROBOTH filed this case, No. 11-CIV-23716, in the Southern District of the Florida, on or about October 4, 2011, which suit included claims for Trademark Infringement under 15 U.S.C. Section 1051 et seq,, Federal Dilution under 15 U.S.C. Section 1125(c) and Florida law, Cyberpiracy under 15 U.S.C. Section 1125(d), common law unfair competition, and statutory unfair competition under 15 U.S.C. Section 1125 (a), and deceptive and unfair trade practices under F.S. Section 501.204.

5. YAK uses PROFITEC to handle its billing, with forms and other documents that include the mark Spottalk.

6. ZWEBNER is the President of YAK, and has been involved in the decisions on the use of the mark since the inception of the spottalk.net business.

7. KROBOTH has over 200 pieces of correspondence that he has received from customers of YAK, who show confusion on the part of the customers over the identity of the two

companies.

8. Defendants' counsel recently withdrew from representation over nonpayment of fees, and Defendants obtained new counsel, but to date Defendants have not yet responded to any discovery requests nor has any party been deposed in this action.

9. Plaintiff KROBOTH and Defendants YAK, PROFITEC, and ZWEBNER entered into settlement negotiations on or about July 1, 2012, and have arrived at a settlement that is agreeable to Plaintiff and these Defendants.

10. Solely to avoid the continued expense and risk of litigation, KROBOTH, YAK, PROFITEC, and ZWEBNER have reached an agreement for the settlement of any and all matters and disputes among them, relating to the claims within the Complaint.

## THE STIPULATION

11. The settlement here is memorialized in the Stipulation for Settlement attached hereto as Exhibit A.

12. The following is a summary of the material terms and conditions of the Stipulation (NOTE: the following summary is entirely qualified by the Stipulations, which governs the rights and obligations of the parties. If there is any conflict, the Stipulation's language shall control):

    a. Defendants, jointly and severally, shall pay to KROBOTH a total settlement of $60,000, which shall be paid in three payments over a 60 day period, with $30,000 paid on or before July 6, 2012, $15,000 which shall be paid on or before thirty (30) days from the date of execution of the settlement agreement, and another $15,000 which shall be paid on or before sixty (60) days from the date of execution of the agreement.
    b. Upon the approval of the Stipulation by the District Court and the dismissal of Defendants YAK, PROFITEC and ZWEBNER from the lawsuit, any and all claims that the Parties have will be mutually waived and released.

    c. Upon receipt of full payment in settlement of this matter and satisfactory completion of all terms of the Stipulation, Plaintiff will transfer the federally registered mark, "Spottalk" and the domain for Spottalk.com to Defendant YAK or its designee, and will submit a Voluntary Dismissal with Prejudice in this matter as to these Defendants.

## MEMORANDUM OF LAW

13. The Eleventh Circuit has employed a six-factor test in determining whether a settlement is fair, adequate, and reasonable. Bennett v. Behring Corp., 737 F. 2d 982 (11th Cir. 1984). These factors are: (1) the likelihood of success; (2) the range of possible discovery; (3) the point on or below the range of discovery at which settlement is fair, adequate, and reasonable; (4) the complexity, expense and duration of the litigation; (5) the substance and amount of opposition to the settlement; and (6) the stage of proceedings at which the settlement is achieved. 737 F. 2d at 986.

14. In this case, the Stipulation is fair, adequate, and reasonable. The applicable Bennett factors favor approval of the Stipulation. This case has a high likelihood of success and a significant judgment. The range of discovery is extensive, and was in its initial stages when this settlement was reached, which makes funds that would otherwise have been diverted to litigation costs available to settle the matter.

15. Moreover, the settlement is favorable to the parties, in avoiding the complexity, expense, and duration of the litigation. It is possible that the parties would incur greater expense, inconvenience and delay needlessly, absent the Stipulation, possibly reducing the amount available to satisfy a subsequent judgment.

16. In applying the Bennett standard, the probability of litigation resulting in a similar outcome as that outlined in the Stipulation weighs in favor of granting the Stipulation.

**CIVIL ACTION NO. 11-CIV-23716-Ungaro**

WHEREFORE, the Parties respectfully request this Court to enter an order granting the relief requested by this Motion in the form of the proposed Order attached hereto, approving the settlement of the parties as more fully described in the attached Stipulation, and retaining jurisdiction over an enforcement of this Settlement.

Dated this 3rd day of July, 2012.

                                        Respectfully submitted,

                                        s/ *Kelley S. Roark*
                                        Kelley S. Roark (925810)
                                        Kelley Roark P.A.
                                        2915 Biscayne Blvd., Suite 300
                                        Miami, FL 33137
                                        (305) 469-4460
                                        Fax: (305) 372-0836
                                        Attorney for Plaintiff

                                        /s/ *Louis Gonzalez, Esq.*
                                        Louis Gonzalez, Esq.
                                        2103 Coral Way, Suite 602
                                        Miami, FL 33145
                                        Telephone: 305.631.2528
                                        Fax:305.631.2741
                                        E-Mail:lgonzalez@trujillovargas.com

CIVIL ACTION NO. 11-CIV-23716-Ungaro

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, I electronically filed the foregoing documentwith the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated byCM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                               s/ *Kelley S. Roark*
                                                               Kelley S. Roark

## SERVICE LIST
*Kroboth v. Yak America, Inc., et al.*
Case No.: 11-CIV-23716

Louis Gonzalez, Esq.
2103 Coral Way, Suite 602
Miami, FL 33145
Telephone: 305.631.2528
Fax:305.631.2741
E-Mail:lgonzalez@trujillovargas.com