## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23716-CIV-UNGARO

RUSSELL KROBOTH,
Plaintiff,

v.

YAK AMERICA, INC., *et al.*,
Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon the parties' Joint Motion to Approve Settlement Agreement (D.E. 65).

THE COURT has considered the settlement agreement, the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the parties' Joint Motion is GRANTED and the settlement agreement is APPROVED.

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ day of July, 2012.

_____

UNITED STATES DISTRICT JUDGE

copies provided: counsel of record